UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BLAKE LEWIS                                                                                           PLAINTIFF

v.                                                            CIVIL ACTION NO. 3:25-cv-323-HTW-ASH

ENTERGY MISSISSIPPI, LLC                                                                    DEFENDANT

**DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Defendant Entergy Mississippi, LLC moves to dismiss the plaintiff's Complaint on the grounds explained in its memorandum in support of its motion, which is also being filed today.

Dated: July 29, 2025.

> Respectfully submitted,
>
> ENTERGY MISSISSIPPI, LLC
>
> By Its Attorneys,
>
> WATKINS & EAGER PLLC
>
> By: /s/Adam Gates
>     Adam Gates

OF COUNSEL:
Adam H. Gates (MSB No. 102305)
Gabrielle Wells (MSB No. 106535)
WATKINS & EAGER PLLC
Mailing: Post Office Box 650
Jackson, Mississippi 39205-0650
Physical: The Emporium Building
400 East Capitol Street
Jackson, Mississippi 39201
Telephone: (601) 965-1900
agates@watkinseager.com
gwells@watkinseager.com

## CERTIFICATE OF SERVICE

I certify that today I electronically filed the foregoing with the Clerk of Court using the ECF system, which sent a true copy to all counsel of record.

Dated: July 29, 2025.

s/Adam Gates
Adam Gates
