UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BLAKE LEWIS                                                                              PLAINTIFF

VS.                                                      CIVIL ACTION NO. 3:25-cv-323-HTW-ASH

ENTERGY MISSISSIPPI, LLC                                                           DEFENDANT

**ENTERGY MISSISSIPPI, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Entergy Mississippi, LLC (EML) is a Texas limited liability company registered to do business in Mississippi. EML is a direct subsidiary of Entergy Utility Holding Company, LLC, which is a Texas limited liability company. Entergy Utility Holding Company, LLC is an indirect subsidiary of Entergy Corporation, which is a publicly held Delaware corporation whose shares are traded publicly.

Dated: July 29, 2025.

                                      Respectfully submitted,

                                      ENTERGY MISSISSIPPI, LLC

                                      By Its Attorneys,

                                      WATKINS & EAGER PLLC

                                      By: s/Adam H. Gates
                                              Adam H. Gates

Adam H. Gates, MSB No. 102305
Gabrielle Wells, MSB No. 106535
WATKINS & EAGER PLLC
Mailing:  Post Office Box 650
Jackson, Mississippi  39205-0650
Physical:  The Emporium Building
400 East Capitol Street
Jackson, Mississippi  39201
Telephone*:*  (601) 965-1900
agates@watkinseager.com
gwells@watkinseager.com

## CERTIFICATE OF SERVICE

I certify that today I served a true copy of the foregoing with the Clerk of the Court using the ECF system.

Dated:  July 29, 2025.

By: s/Adam H. Gates
    Adam H. Gates
