## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**BLAKE LEWIS**                                                                                                    **PLAINTIFF**

**v.**                                                           **CIVIL ACTION NO.: 3:25-CV-323-HTW-ASH**

**ENTERGY MISSISSIPPI, LLC**                                                                    **DEFENDANT**

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Pursuant to the Court's Order to Show Cause dated September 3, 2025, counsel for Plaintiff Blake Lewis submits this response.

The explanations regarding the citations and representations referenced in the Court's Order are provided in the attached declaration, signed under penalty of perjury, which is incorporated herein by reference and attached as Exhibit "A."

Undersigned counsel independently and respectfully submits that the attached declaration addresses the concerns raised by the Court and the Court's directive to show good cause.

THIS the 12th day of September, 2025.

                                              Respectfully submitted,

                                              <u>s/ Jane A. Watson</u>
                                              JANE A. WATSON (MB# 106877)
                                              Attorney for Plaintiff

OF COUNSEL:

WATSON & NORRIS, PLLC
1501 Jackson Avenue W. STE 113, PMB #101
Oxford, MS 38655
(601) 968-0000
Fax: (601) 968-0010
jane@watsonnorris.com

## **CERTIFICATE OF SERVICE**

    I, Jane A. Watson, attorney for Plaintiff, do hereby certify that I have this day served a true and correct copy of the above and foregoing pleading via ECF filing or by United States Mail with postage fully prepaid thereon to all counsel of record.

    SO CERTIFIED, this the 12th day of September, 2025.

                                             s/ Jane A. Watson

                                             JANE A. WATSON