# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**BLAKE LEWIS**                                                                                  **PLAINTIFF**

**v.**                                        **CIVIL ACTION NO.: 3:25-CV-323-HTW-ASH**

**ENTERGY MISSISSIPPI, LLC**                                      **DEFENDANT**

## PLAINTIFF'S MOTION FOR LEAVE TO FILE CORRECTED MEMORANDUM IN SUPPORT OF HIS RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

COMES NOW, Plaintiff Blake Lewis, by and through undersigned counsel, pursuant to Local Uniform Civil Rule 7(b) and moves for leave to file a corrected memorandum response, stating:

1. Plaintiff's counsel used AI tools to assist in drafting the memorandum response filed on August 11, 2025. Upon review, counsel identified inaccuracies in certain citations, resulting from unverified AI-generated research.

2. Plaintiff seeks leave to correct these inaccuracies to ensure the accuracy of representations to the Court.

3. Plaintiff's counsel contacted Defendant's counsel on Sunday, September 14th, 2025, regarding this motion but has not received a response.

4. Plaintiff does not object to Defendant filing a supplemental reply, if requested.

WHEREFORE, Plaintiff requests leave to file a corrected memorandum response, permits Defendant to file a supplemental reply if requested, and seeks any further relief the Court deems proper.

THIS the 14th day of September, 2025.

Respectfully submitted,

s/ Jane A. Watson
JANE A. WATSON (MB# 106877)
NICK NORRIS (MB# 101574)
LOUIS H. WATSON, JR. (MB# 9053)
Attorneys for Plaintiff

OF COUNSEL:

WATSON & NORRIS, PLLC
1501 Jackson Avenue W. STE 113, PMB #101
Oxford, MS 38655
(601) 968-0000
Fax: (601) 968-0010
jane@watsonnorris.com

## CERTIFICATE OF SERVICE

I, Jane A. Watson, attorney for Plaintiff, do hereby certify that I have this day served a true and correct copy of the above and foregoing pleading via ECF filing or by United States Mail with postage fully prepaid thereon to all counsel of record.

SO CERTIFIED, this the 14th day of September, 2025.

s/ Jane A. Watson
JANE A. WATSON